J. Stephen Peek, Esq. NV Bar 1758
speek@hollandhart.com
J. Robert Smith, Esq. NV Bar 10992
jrsmith@hollandhart.com
Tamara Jankovic, Esq. NV Bar 9840
tjankovic@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile : (775) 786-6179

*Attorneys for Defendant Purcell Tire & Rubber Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL A. DiMARTINI, an individual; and BRITT T. JOHNSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PURCELL TIRE & RUBBER COMPANY, a Missouri corporation; KEITH D. BUTCHER, an individual; and DOES 1-50, inclusive,<br><br>Defendants.<br><br>_____<br><br>PURCELL TIRE & RUBBER COMPANY, a Missouri corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PAUL A. DiMARTINI, an individual; and BRITT T. JOHNSON, an individual,<br><br>Counterdefendants. | Case No.: 3:09-cv-00279-ECR (VPC)<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

///
///
///

1

## NOTICE OF DISASSOCIATION OF COUNSEL

TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Brad M. Johnston is no longer associated with Holland & Hart LLP. Please remove his name from the above-entitled matter. Please continue to provide notices to the attention of J. Stephen Peek, J. Robert Smith, and Tamara Jankovic of the law firm of Holland & Hart LLP.

DATED this 1st day of July 2010

HOLLAND & HART LLP

By /S/_____
J. Stephen Peek, Esq.
J. Robert Smith, Esq.
Tamara Jankovic, Esq.
5441 Kietzke Lane, Second Floor
Reno, NV 89511

*Attorneys for Defendants Purcell Tire & Rubber Company and Keith D. Butcher*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: July 2, 2010

2

## CERTIFICATE OF SERVICE

I am employed in the City of Reno, County of Washoe, State of Nevada, by the law offices of Holland & Hart LLP. My business address is: 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action. I am readily familiar with Holland & Hart LLP's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

On July 1, 2010, I caused the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** to be:

__X__      filed electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

F. De Armond Sharp, Esq.  
Kent R. Robison, Esq.  
Robison, Belaustegui, Sharp & Low  
71 Washington Street  
Reno, Nevada 89503  
Email: dsharp@rbslattys.com  
Email: krobison@rbslatts.com  

*Attorneys for Plaintiffs*

Andrew A. Bassak, Esq. *(pro hac vice)*  
Kevin P. Dwight, Esq. *(pro hac vice)*  
Manatt Phelps Phillips  
One Embarcadero Center, 30th Floor  
San Francisco, California 94111  
Email: abassak@manatt.com  
Email: kdwright@manatt.com  

*Attorneys for Plaintiffs*

/s/ Liz Ford  
An Employee of Holland & Hart LLP

4859039_1.DOC

3